IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CRISPINIANA DOMINGO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 18-cv-04653 |
| | ) | |
| | ) | |
| JUSTIN WOODEN, | ) | |
| | ) | |
| Defendants. | ) | |

## FIRST AMENDED COMPLAINT

The Plaintiff, CRISPINIANA DOMINGO, complains against JUSTIN

WOODEN, a University of Illinois at Chicago police detective, stating the following:

### Jurisdiction/Venue

1.  The jurisdiction of this court is invoked pursuant to the Civil Rights Act, 42

    U.S.C. § 1983, § 1988, the 28 U.S.C. 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a);

    the Constitution of the United States, and pendent jurisdiction, as provided

    under 28 U.S.C. § 1367(a).

    Venue is proper as, upon information and belief, all of the Parties reside within

    the District and the events from which this claim arises all occurred within the

    District.

### Parties

2.  The Plaintiff, at the time of these occurrences, was a resident of Bolingbrook,

    Illinois, in Will County in the Northern District of Illinois.

3.  At the time of these occurrences, Defendant Wooden was a sworn police officer

    with the University of Illinois at Chicago Police Department, acting in the

course and scope of his employment and under color of law.

## Facts

4. At the time of these occurrences the Plaintiff was employed as a registered nurse at the University of Illinois at Chicago Hospital in Chicago, Illinois.

5. On July 5, 2016, the Plaintiff was arrested by Defendant Detective WOODEN of the University of Illinois at Chicago Police Department.

6. The Plaintiff had broken no laws.

7. Defendant WOODEN told the Plaintiff that she was being arrested for aggravated battery to a child, namely, the patient Austin Bush.

8. Defendant WOODEN, acting maliciously, authored false reports and made false statements that caused the Plaintiff to be prosecuted without probable cause by the Cook County State's Attorney's Office, for aggravated battery to a child, a Class X felony.

9. Defendant Wooden played a significant role in causing the Plaintiff to be charged with aggravated battery to a child, knowing there was no probable cause to do so.

10. As a result of her arrest and prosecution, the Plaintiff was detained in the Cook County Jail before being released on bond, she suffered physical and emotional injuries, as well as pecuniary losses including but not limited to legal and medical bills, and lost wages and/or economic opportunity.

11. The aggravated battery to a child charges were dismissed shortly before trial in a manner consistent with her innocence, and the Plaintiff was then tried in the Circuit Court of Cook County on a misdemeanor battery charge, and found not guilty, in a manner consistent with her innocence on or about

February 26 of 2018.

12. The Plaintiff brings a Fourth Amendment 42 U.S.C. § 1983 claim against Defendant WOODEN for false arrest.[1]

13. The Plaintiff brings a Fourth Amendment 42 U.S.C. § 1983 claim against Defendant WOODEN for unlawful pre-trial detention and/or malicious prosecution.

14. The Plaintiff also brings a state law malicious prosecution claim against Defendant WOODEN.

Wherefore, for the reasons stated above, the Plaintiff seeks compensatory damages for her injuries and losses, as well as punitive damages and attorney's fees, and the costs of prosecuting this action, as well any further relief that this Court may deem just.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

/s/Richard Dvorak

Richard Dvorak,
Attorney for the Plaintiff

DVORAK LAW OFFICES, LLC
1 Walker Avenue, Suite 204
Clarendon Hills, IL 60514
Telephone: (630) 590-9158
richard.dvorak@civilrightsdefenders.com

---

[1] The Court has entered judgement in favor of the Defendant on this claim. It is included here to preserve the claim in the event that this matter is appealed.