# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Crispiniana Domingo,

Plaintiff(s),

v.

Justin Wooden,

Defendant(s).

Case No. 18-cv-4653
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered on the jury verdeict in favor of plaintiff Crispiniana Domingo and against defendant Justin Wooden in the amount of $3,670,000 in compensatory damages, and $220,000 in punitive damages.

This action was *(check one)*:

☒ tried by a jury with Judge Martha M. Pacold presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☐ decided by Judge    on a motion.

Date: 6/12/2024

Thomas G. Bruton, Clerk of Court

Ruth O'Shea, Deputy Clerk